```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
MARK MCHUGH,                                                    :
                                                                :
                          Plaintiff,                            :    21-CV-6340 (JPC)
                                                                :
                -v-                                             :    ORDER
                                                                :
INTERNATIONAL BUSINESS MACHINES CORP.,                          :
                                                                :
                          Defendant.                            :
                                                                :
                                                                :
---------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In an Order dated July 30, 2021, the Court denied the parties' requests to designate this case as related to *Chastka v. IBM*, 21 Civ. 6296, as Local Civil Rule 13 instructs that civil cases "shall not be deemed related merely because they involve common legal issues or the same parties." However, upon further review and in the interest of efficiency, this case will be reassigned to the Honorable Jesse M. Furman, who is overseeing *Chastka*.

SO ORDERED.

Dated: August 5, 2021
       New York, New York

                                        _____
                                              JOHN P. CRONAN
                                              United States District Judge